## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

COREY L. ROBINSON,
     Plaintiff,

vs.                            Case No.: 3:05cv151/MCR/EMT

ESCAMBIA COUNTY JAIL, et al,
     Defendants.
_____/

## O R D E R

     This cause comes on for consideration upon the magistrate judge's report and recommendation dated July 14, 2005.  Plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a de novo determination of any timely filed objections.

     Having considered the report and recommendation, and any objections thereto timely filed, I have determined that the report and recommendation should be adopted.

     Accordingly, it is now **ORDERED** as follows:

     1.  The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

     2.  This case is **DISMISSED WITHOUT PREJUDICE** for Plaintiff's failure to comply with an order of the court.

     **DONE AND ORDERED** this 23rd day of August, 2005.


                          s/ *M. Casey Rodgers*
                          **M. CASEY RODGERS**
                          **UNITED STATES DISTRICT JUDGE**